# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HANSON BOYKINS

NO. 2022 KW 1216

**JANUARY 17, 2023**

---

In Re:     Hanson Boykins, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 84477.

---

**BEFORE:     THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT APPLICATION TRANSFERRED** to the Louisiana Supreme Court, which has "exclusive supervisory jurisdiction . . . of all criminal writ applications relating to convictions and sentences imposed prior to July 1, 1982." La. Const. art. V, § 5(E).

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_U. Sₙ_

DEPUTY CLERK OF COURT
FOR THE COURT